IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUSTYNA JENSEN,     *

    Plaintiff,     *

v.     *      Civil No. 24-0273-BAH

MARYLAND CANNABIS ADMINISTRATION AND WILLIAM TILBURG,     *

    Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that:

(1) Plaintiff's motion for a temporary restraining order and preliminary injunction, ECF 19, is **DENIED**; and

(2) Plaintiff's oral motion for an injunction pending appeal is **DENIED**.

Dated: February 27, 2024                                /s/
                                                                Brendan A. Hurson
                                                                 United States District Judge