IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUSTYNA JENSEN,

    Plaintiff,

v.

                  Civil No. 24-0273-BAH

MARYLAND CANNABIS
ADMINISTRATION AND WILLIAM
TILBURG,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On March 9, 2024, Plaintiff Justyna Jensen filed a notice of appeal of the Court's order denying the motion for a temporary restraining order and preliminary injunction. ECF 33. The Fourth Circuit has calendared the appeal for oral argument on January 28, 2025. *See* ECF 32 in Case No. 24-1216 (4th Cir.). "An appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'" *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). While "the trial court has authority to pursue its own proceedings [collateral to the appeal] filed when a[n interlocutory] appeal is pending," *Columbus-Am. Discovery Grp. v. Atl. Mut. Ins. Co.*, 203 F.3d 291, 301 (4th Cir. 2000) (citing Charles A. Wright, Arthur R. Miller & Edward H. Cooper, *Federal Practice and Procedure,* § 3927 (2d ed. 1996)), the questions currently before the Court in the pending motion to dismiss, ECF 32, are the same questions on appeal in the preliminary injunction ruling. They are therefore "aspects of the case involved in the appeal." *Griggs*, 459 U.S. at 58.

For these reasons, this case is hereby STAYED pending resolution of the interlocutory appeal.

Date: <u>November 27, 2024</u>                              /s/
                                              Brendan A. Hurson
                                              United States District Judge